No. 75–5149. HASSAN v. WOODHAVEN APARTMENTS, INC. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–5190. LYLE v. NATIONAL SURETY CORP. ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 75–5241. WEBSTER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–5152. MARSHALL v. DISTRICT OF COLUMBIA GOVERNMENT ET AL. Ct. App. D. C. Certiorari denied.

No. 75–5244. SLAUGHTER v. BRIGHAM YOUNG UNIVERSITY. C. A. 10th Cir. Certiorari denied.

No. 75–5258. NASSAR v. VINZANT, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 75–5259. JACKSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 75–5299. BOWMAN v. EGELER, WARDEN. C. A. 6th Cir. Certiorari denied.